IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN SCROGGINS,

     Plaintiff,

v.                                                  4:20cv156–WS/MAF

SGT. J. SWINDLE,
et al.,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 30) docketed April 26, 2021. The magistrate judge recommends that Defendants' motion to dismiss (ECF No. 28) be granted. Plaintiff did not respond to Defendants' motion to dismiss and has filed no objections to the report and recommendation.

The court having carefully reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. Defendants' motion to dismiss (ECF No. 28) is GRANTED.

2. Plaintiff's first amended complaint (ECF No. 11) and this action are

DISMISSED for failure to exhaust administrative remedies pursuant to 28 U.S.C. §

1997(e).

3. The clerk shall enter judgment stating: "All claims are DISMISSED for

failure to exhaust administrative remedies."

DONE AND ORDERED this   26th   day of    May   , 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE